Michael Brodie, Philadelphia, for Faculty Federation.

James L. Crawford, Anthony C. Busillo, II, Asst. Attys. Gen., for Pennsylvania Labor Relations Board.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.

60 Pa.Cmwlth. 629, 432 A.2d 637.

437 A.2d 942

**COMMONWEALTH of Pennsylvania**

v.

**Edelmiro COLON a/k/a Eldimiro Colon.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Joel S. Moldovsky, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Michele Goldfarb Lehr, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

The Order of the Court of Common Pleas is affirmed.